IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL P. PAIGE, | ) |
| Plaintiff, | ) Case No. **17-3056-EFM-KGG** |
| vs. | ) |
| SHERRY MARTELL, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL FOR A LIMITED SCOPE**

The Plaintiff has moved for the appointment of counsel (Doc. 54). The Court finds good cause for granting the motion. Preliminary to a final choice of appointed counsel, the Court appoints attorney Stan J. Sexton pursuant to 28 U.S.C. § 1915(e)(1), and D. Kan. Rules 83.5.3.1 and 83.5.8 (Limited Scope Representation) to provide consultation and advice to the plaintiff concerning this matter, and to advise and represent the plaintiff, and negotiate with defense counsel, concerning a possible resolution of the dispute. Mr. Sexton shall report back to the Magistrate Judge concerning the need for a general appointment of counsel for the Plaintiff.

**IT IS SO ORDERED this 2nd day of August, 2018**.

S/ KENNETH G. GALE
Kenneth G. Gale
United States Magistrate Judge