## IN THE UNITED STATES DISTRCIT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL PAIGE #108422** )<br>  **Plaintiff,** )<br> ) | **Case No. 17-CV-3056-EFM** |
| **v.** )<br> ) | |
| **SHERRY MARTELL, et al.,** )<br>  **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Paige, having consulted with counsel appointed by the Court on August 2, 2018, for the purpose of limited representation, and upon being advised that as of July 31, 2018, the specific RNA test for the Hepatitis C virus established that there were undetectable levels of the virus in his blood to demonstrate that he has a Sustained Virologic Response to the disease, pursuant to Fed. R. 41 and with the consent of the Defendants, hereby dismisses this action with prejudice on the grounds that the claims have been rendered moot by plaintiff's improved current medical condition with clearance of his previously diagnosed Hepatitis C.

**IT IS THEREFORE ORDERED**, the above captioned case shall be DISMISSED WITH PREJUDICE with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: September 4, 2018

*Eric F. Melgren*
Eric F. Melgren
U.S. District Judge

*Prepared by:*

/s/ Roger W. Slead
Roger W. Slead            KS #13574
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700
(816) 421-0800 FAX
rslead@hab-law.com
**Attorneys for Defendants**
**Sherry Martell,**
**Deanna Morris,**
**Connie Delperdang,**
**Angela Sirmans, and**
**Corizon, LLC**

*Approved as to Form & Content by:*

/s/ J. Stan Sexton
J. Stan Sexton           KS #09630
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550 X 20039
(816) 421-5547 FAX
jsexton@shb.com
**Attorney for Plaintiff**
**Limited Scope Representation**
**D. Kan. Rules 83.5.3.1 and 83.5.8**
**Michael Paige, KDOC #108422**


/s/ Trevin E. Wray
Trevin E. Wray          KS #21165
Morgan T. Kilgore       KS #27604
Simpson, Logback, Lynch, Norris, PA
7400 W. 110th Street, Suite 600
Overland Park, KS 66210
(913) 342-2500
(913) 342-09603 FAX
mkilgore@slln.com
twray@slln.com
**Attorneys for Defendant**
**Paul Corbier, M.D.**

/s/ M.J. Willoughby
M.J. Willoughby           KS #14059
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612
(785) 296-4085
(785) 291-3767 FAX
MJ.Willoughby@ag.ks.gov
**Attorney for Defendants**
**Johnnie Goddard and**
**James Heimgartner**

/s/ Anthony M. Singer
Anthony M. Singer         KS #18771
Matthew P. Sorochty       KS #18228
Woodard, Hernandez, Roth & Day, LLC
245 N. Waco, Suite 260
Wichita, Kansas 67202
(316) 263-4958
(316) 263-0125 FAX
asinger@woodard-law.com
matts@woodard-law.com
**Attorney for Defendant**
**Baseer A. Sayeed, M.D.**

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on the 4th day of September, 2018, a true and accurate copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system, as well as via U.S. First Class mail, postage prepaid, to the following:

 Michael P. Paige, #108422
 Hutchinson Correctional Facility
 500 Reformatory Street
 Hutchinson, Kansas 67501

             /s/ Roger W. Slead
             Attorney